IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

BRADY HANSON, JAYNA MOBLEY,
AMANDA TOTTEN, JULIA MONARCH,
MADISON ANDIS, and ERICA HEREDIA,

     Plaintiffs,

v.

WILCOX VETERINARY CLINIC PLLC,
ROBERT B. WILCOX JR., DVM,
REBECCA WILCOX, KACIE WILCOX
BARBAY, WILCOX VETERINARY
CLINIC 401(K) PLAN, and WILCOX
VETERINARY CLINIC CASH BALANCE
PLAN,

     Defendants.

_____/

CIVIL ACTION NO.: 1:20-CV-210
JUDGE MICHAEL J. TRUNCALE

## PLAINTIFFS' MOTION FOR LEAVE TO FILE LATE RESPONSE TO DEFENDANTS' MOTION FOR COMPLETE SUMMARY JUDGMENT

Plaintiffs Brady Hanson, DVM, Jayna Mobley, Amanda Totten, Julia Monarch, and Brenda Morvant file this Motion for Leave to File Late Response to Defendants' Motion for Complete Summary Judgment, and in support, state as follows:

1.     On February 22, 2022, Defendants filed a Motion for Complete Summary Judgment [Dkt. 68]. By two unopposed motions, Plaintiffs' deadline to respond was extended to April 1, 2022.

2.     As stated in Plaintiffs' previous motions, the undersigned counsel has been working diligently to timely file Plaintiffs' response, but has now on two occasions underestimated the time counsel would need to draft a response that fully addresses the issues raised in Defendants' Motion for Complete Summary Judgment. Defendants' motion includes 18

exhibits totaling over 1,000 pages and it has taken the undersigned counsel significant time to review, in addition to reviewing the sizeable record for evidence in support of Plaintiffs' response. Counsel has been doing this concurrently with taking depositions of third parties in this case and preparing for trial in another matter that was set to begin today, April 4, 2022, and was only continued late last week. The failure to timely respond was not intentional or the result of conscious indifference.

3.    Granting this motion for leave to file a late response will not prejudice any party in the case, as trial in this matter is set for a bench trial on May 2, 2022 and the issues presented by Defendants' Motion for Complete Summary Judgment and those presented for trial will all be decided by the Court.

4.    Plaintiffs do not seek continuance for purposes of delay, but so that justice may be done.

5.    Counsel for Defendants has stated that Defendants are opposed to the relief requested in this motion.

For the foregoing reasons, Plaintiffs respectfully asks the Court to grant them leave to file a late response to Defendants' Motion for Complete Summary Judgment and grant Plaintiffs such other relief at law or equity to which they is legally or equitably entitled.

2

Respectfully submitted,

**JOHNSEN LAW PLLC**

*/s/ Tamara D. Stiner Toomer*

Tamara D. Stiner Toomer, Attorney-In-Charge
Texas Bar No. 24043940
tamara@johnsenlaw.com
Christopher Johnsen
Texas Bar No. 24072169
chris@johnsenlaw.com
1849 Kingwood Drive, Suite 105
Kingwood, Texas 77339
Telephone: (832) 786-8646

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2022, a true and correct copy of the foregoing document was filed utilizing the Court's CM/ECF system, which will send notice of such filing to all counsel and parties of record.

*/s/ Tamara D. Stiner Toomer*
Tamara D. Stiner Toomer

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Michael Harvey, counsel for Defendants, in compliance with the meet and confer requirement in Local Rule CV-7(h) and Mr. Harvey indicated that Defendants are unopposed to the relief sought in this motion due to Plaintiffs having two prior extensions and Defendants being prejudiced of getting a ruling on their Motion for Complete Summary Judgment before trial.

*/s/ Tamara D. Stiner Toomer*
Tamara D. Stiner Toomer