IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

BRADY HANSON, JAYNA MOBLEY,
AMANDA TOTTEN, JULIA MONARCH,
MADISON ANDIS, and ERICA HEREDIA,

    Plaintiffs,

v.                                                           CIVIL ACTION NO.: 1:20-CV-210
                                                             JUDGE MICHAEL J. TRUNCALE

WILCOX VETERINARY CLINIC PLLC,
ROBERT B. WILCOX JR., DVM,
REBECCA WILCOX, KACIE WILCOX
BARBAY, WILCOX VETERINARY
CLINIC 401(K) PLAN, and WILCOX
VETERINARY CLINIC CASH BALANCE
PLAN,

    Defendants.
_____/

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

    Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Brady Hanson, DVM, Jayna Mobley, Julia Monarch, and Brenda Morvant file this Motion to Dismiss with Prejudice and respectfully show the Court as follows:

    The parties have reached a settlement in this case. As a result, Plaintiffs no longer desire to prosecute their claims and causes of action against Wilcox Veterinary Clinic, PLLC, Robert B. Wilcox, DVM, Rebecca Wilcox, and Kacie Wilcox Barbay (collectively "the Wilcox Defendants") and request the Court to dismiss Plaintiffs' claims against the Wilcox Defendants with prejudice.

    WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion to Dismiss with Prejudice with the parties to this action being responsible for their own attorney's fees and costs of court.

Respectfully Submitted,

**JOHNSEN LAW PLLC**

By: */s/ Tamara D. Stiner Toomer*
Tamara D. Stiner Toomer
Texas Bar No. 24043940
tamara@johnsenlaw.com
Christopher Johnsen
State Bar No. 24072169
chris@johnsenlaw.com
1849 Kingwood Drive, Suite 105
Kingwood, Texas 77339
Telephone: (832) 786-8646

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, a true and correct copy of the foregoing document was filed utilizing the Court's CM/ECF system, which will send notice of such filing to all counsel and parties of record.

*/s/ Tamara D. Stiner Toomer*
Tamara D. Stiner Toomer

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

BRADY HANSON, JAYNA MOBLEY,
AMANDA TOTTEN, JULIA MONARCH,
MADISON ANDIS, and ERICA HEREDIA,

    Plaintiffs,

v.                                                                                                  CIVIL ACTION NO.: 1:20-CV-210
                                                                                                    JUDGE MICHAEL J. TRUNCALE

WILCOX VETERINARY CLINIC PLLC,
ROBERT B. WILCOX JR., DVM,
REBECCA WILCOX, KACIE WILCOX
BARBAY, WILCOX VETERINARY
CLINIC 401(K) PLAN, and WILCOX
VETERINARY CLINIC CASH BALANCE
PLAN,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

The Court, having considered the Motion to Dismiss with Prejudice filed by Plaintiffs Brady Hanson, DVM, Jayna Mobley, Julia Monarch, and Brenda Morvant [Doc. 114], finds that the motion should be granted. It is therefore,

ORDERED that Plaintiffs' Motion to Dismiss with Prejudice is hereby GRANTED and that all claims asserted in this action by Plaintiffs against Wilcox Veterinary Clinic, PLLC, Robert B. Wilcox, DVM, Rebecca Wilcox, and Kacie Wilcox Barbay (collectively "the Wilcox Defendants") are dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiffs and the Wilcox Defendants shall each bear their own attorney's fees and costs of court.

This judgment is FINAL and any relief not granted herein is expressly denied.