IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRADY HANSON, JAYNA MOBLEY, AMANDA TOTTEN, JULIA MONARCH, MADISON ANDIS, and ERICA HEREDIA, <br><br> Plaintiffs, <br><br> v. <br><br> WILCOX VETERINARY CLINIC PLLC, ROBERT B. WILCOX JR., DVM, REBECCA WILCOX, KACIE WILCOX BARBAY, WILCOX VETERINARY CLINIC 401(K) PLAN, and WILCOX VETERINARY CLINIC CASH BALANCE PLAN, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 1:20-CV-210 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiffs' Motion to Dismiss with Prejudice. [Dkt. 114]. Plaintiffs seek a dismissal with prejudice as to their claims and causes of action against Defendants Wilcox Veterinary Clinic, PLLC, Robert B. Wilcox, DVM, Rebecca Wilcox, and Kacie Wilcox Barbay pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 12th day of September, 2022.**

_____
Michael J. Truncale
United States District Judge